(December 9, 1959)

■ VICTOR YUZEK, Respondent, v. AGNELLO DEMAIO et al., Defendants, and KRISP-PAK, INC., et al., Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ.